**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 24-6533-JFW(RAOx)** | Date: May 19, 2025 |
| Title: | Socially Oriented United Living Inc., et al. -v- City of Gardena, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

     In the Court's Scheduling and Case Management Order ("CMO"), the Court set April 7, 2025, as the last day to conduct a Settlement Conference, and April 11, 2025, as the last day to file a Joint Report Re: Results of Settlement Conference. The parties have violated the Court's CMO by failing to file a Joint Report Re: Results of Settlement Conference on or before April 11, 2025, and presumably by failing to complete the Settlement Conference by the Court ordered deadline of April 7, 2025.

     Accordingly, the parties are ordered to show cause in writing by **May 21, 2025**, why the Court should not impose sanctions in the amount of $2,500.00 against lead counsel for each of the parties and dismiss this action for the violation of the Court's CMO. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

     IT IS SO ORDERED.